ESTATE OF TIMOTHY CAFFREY, DECEASED.

[No. 17,772; decided November, 1898.]

**Computation of Time—Fractions of Days.**—In the legal computation of time there are no fractions of a day, and the day on which an action is done must be entirely excluded or included.

**Computation of Time—First and Last Days.**—The time in which an act provided by law is to be done is computed by excluding the first day and including the last.

**Computation of Time—Service of Citation.**—A citation served on the defendants September 3d, and requiring them to appear at ten o'clock A. M. on September 8th, is sufficient under section 1711 of the Code of Civil Procedure, which declares that citations must be served at least five days before the return day thereof. The statute does not require the lapse of five full days between the day of service and the day of appearance.

---

ESTATE OF MARY A. CLUTE, DECEASED.

[No. 19,516; decided May 31, 1899.]

**Administrator's Account—Trustee in Bankruptcy may Contest.**—A trustee in bankruptcy of an heir has the right to contest an account of the administrator of the decedent.

---

ESTATE OF THOMAS CORNELL, DECEASED.

[No. 18,119; decided January 14, 1898.]

**Nonresident Intestate—Distribution of Estate.**—If a resident of Nevada dies there intestate, leaving personal property in California, leaving creditors in Nevada but none in California, and leaving no heirs in either state, though perhaps some in Canada, the California courts will, in a spirit of comity, direct the residue of the property in that state, after the payment of expenses of local administration, to be paid over to the domiciliary administrator in Nevada, instead of making a distribution.